

## NUMBER 13-20-00088-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

PRISCILLA J. MOLINA D/B/A
PLATINUM RISK INSURANCE
SERVICES                                                                       Appellant,

## V.

CONNIE HINOJOSA,                                                       Appellee.

### On appeal from County Court at Law No. 5
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Tijerina
### Memorandum Opinion written by Justice Tijerina

Appellant filed a notice of appeal on February 10, 2020. On the same date, the clerk notified appellant that the notice of appeal was not in compliance with Tex. R. App. P. 9.5 and 25.1. To date, the appellant has neither responded nor cured the defects in the notice of appeal. On March 30, 2020, the clerk notified appellant that her docketing

statement was past due. On April 15, 2020, the clerk sent a second notice regarding the defects in appellant's notice of appeal; however, the notice was returned undeliverable. On September 17, 2020, the clerk sent an email to appellant requesting an updated mailing address, and no response has been received.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *See* TEX. R. APP. P. 9.1(b). Appellant has not provided this court with a forwarding address. Appellant has not taken any action to prosecute this appeal since February, 2020.

Furthermore, Rule 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *See id.* 42.3(b), (c). Accordingly, We DISMISS the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3.

JAIME TIJERINA
Justice

Delivered and filed this
3rd day of December, 2020.

2